# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KIMBERLY ELAINE ANDERSON,

      Plaintiff,

v.                                                         Case No:   6:23-cv-75-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT (Doc. No. 28)
>
> **FILED:**     June 14, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. *See* Doc. Nos. 18, 20–21.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Commissioner will: re-consider Plaintiff's headaches under Social Security Ruling (SSR) 19-4p; Re-consider Plaintiff's impairments in combination when assessing Plaintiff's residual functional capacity; Offer Plaintiff the opportunity for a new hearing; take any necessary steps to complete the administrative record; and issue a new hearing decision.

Doc. No. 28.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. No. 28) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on June 15, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties